**Order entered February 17, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01039-CV

## TERRANCE HARRIS AND DEBORAH HARRIS, Appellants

## V.

## RICH WILLS CONSTRUCTION LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04281-D**

## ORDER

Appellants filed their brief on the merits on January 25, 2023. The filing was premature, however, as the clerk's record has not been filed. *See* TEX. R. APP. P. 38.6. Accordingly, we **STRIKE** the brief.

We note the clerk's record is overdue. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file the record no later than March 6, 2023.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE